UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

      -against-

FIDEL ARAMBOLES,

                Defendant.

23-cr-643 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

For the reasons stated on the record during the Bail Revocation Hearing, held on March 5, 2024, the Court revokes the defendant's pretrial release. The defendant is hereby ordered to surrender himself to the custody of the United States Marshal for the Southern District of New York, on Tuesday, March 12, 2024, no later than 12:00 PM.

SO ORDERED.

Dated:  March 6, 2024
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge