UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>FIDEL ARAMBOLES,<br>                         Defendant. | 23-cr-643 (AS)<br><br>SCHEDULING ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      It is hereby ORDERED that the conference schedule for March 20, 2024, is CANCELED. It is further ORDERED that the parties appear for a conference with the Court on April 15, 2024, at 4:30 PM, in Courtroom 15A of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

      SO ORDERED.

Dated: March 13, 2024
       New York, New York

                                                                 ARUN SUBRAMANIAN
                                                      United States District Judge