UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>-against-<br><br>FIDEL ARAMBOLES,<br><br>                      Defendant. | 23-cr-643 (AS)<br><br>REVISED<br>SCHEDULING ORDER |

ARUN SUBRAMANIAN, United States District Judge:

     Due to a conflict on the Court's calendar, the conference scheduled for April 15, 2024 will now take place on **Tuesday, April 16, 2024**, at **4:30 PM**.

     SO ORDERED.

Dated: March 25, 2024
       New York, New York

                                                 ARUN SUBRAMANIAN
                                           United States District Judge