UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>FIDEL ARAMBOLES,<br>                Defendant. | 23-cr-643 (AS)<br><br>REVISED SCHEDULING ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The conference scheduled for Tuesday, April 16, 2024 will now take place on the same day at 4:00 PM.

SO ORDERED.

Dated: April 10, 2024
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge