UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

FIDEL ARAMBOLES,

Defendant.

23-cr-643 (AS)

REVISED SCHEDULING
ORDER

ARUN SUBRAMANIAN, United States District Judge:

IT IS HEREBY ORDERED that the sentencing in this matter, previously scheduled for

July 23, 2024, at 10:00 AM, will now take place on **Wednesday, July 24, 2024**, at **4:00 PM**.

SO ORDERED.

Dated: July 18, 2024
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge