# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

January 13, 2026

By ECF

Honorable Arun Subramanian
United States District Judge
Southern District of New York

Re:   *United States v. Fidel Arambroles*, 23 Cr. 643 (AS)

Dear Judge Subramanian:

I write to respectfully request that the Court permit Fidel Aramboles to travel to the Dominican Republic to visit his family from January 16 to January 29, 2026. The Probation Department consents to this request. I have solicited the Government's position and am waiting to hear back.[1]

As background, on July 24, 2024, the Court sentenced Mr. Aramboles to time served with three years' supervised release, including four month's home detention followed by four months' curfew, following his guilty plea to being a felon in possession of a firearm. He has been fully compliant with all supervision conditions in the year and a half since his sentence. If this request is granted, he will provide full details of his travel itinerary to Probation.

Thank you for your attention to this matter.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc:   Adam Pakula, U.S. Probation

GRANTED as unopposed. *See* Dkt. 41

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 40.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: January 15, 2026

---

[1] The formerly assigned AUSA has left the office.